

1 | ANDRE BIROTTE JR.
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
CHRISTOPHER K. PELHAM
4 | Assistant United States Attorney
1400 United States Courthouse
5 | 312 North Spring Street
Los Angeles, California  90012
6 | Telephone: (213) 894-0610

7 | Attorneys for Plaintiff
United States of America

8

9

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      )   Case No. CR 10-567
                                   )
13 |           Plaintiff,          )   APPLICATION FOR WRIT OF HABEAS
                                   )   CORPUS AD PROSEQUENDUM;
14 |           v.                  )   [PROPOSED] ORDER
                                   )
15 |                               )
    ABRAHAM ALDANA                 )
16 | CDC# T59614                    )
                                   )
17 |           Defendant.          )
    _____)

18

19 |        Plaintiff United States of America, by and through its

20 | counsel of record, the United States Attorney for the Central

21 | District of California, hereby requests the Court to order that a

22 | Writ of Habeas Corpus Ad Prosequendum be issued for defendant

23 |  ABRAHAM ALDANA  who is now detained at the  IRONWOOD STATE PRISON,

24 | in the City of BLYTHE , State of CALIFORNIA , in the custody of the

25 | Warden, Sheriff or Jailor of said institution.

26 |        The above-entitled case is scheduled for ARRAIGNMENT  on

27 | the 12TH  day of JULY, 2010  at 8:30 A.M.  in the courtroom of the

28 | Honorable DUTY JUDGE , Judge of the United States District Court,

1  Roybal Federal Bldg. ,Courtroom 341, 255 East Temple Street ,at
2  which the defendant's presence will be necessary.  In order to
3  secure defendant's presence, it is necessary that a Writ of Habeas
4  Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or
5  Jailor to produce the defendant in said court on the date and time
6  specified above, and at such other dates as may be necessary
7  incident to this case.

8          WHEREFORE, the government respectfully requests that the
9  Court issue an order directing the issuance of a Writ of Habeas
10  Corpus Ad Prosequendum under the seal of this Court, commanding the
11  Warden, Sheriff or Jailor specified above, to produce the defendant
12  in the United States District Court for the Central District of
13  California at the specified time and place and for all other
14  proceedings incident thereto, and at the termination of the
15  proceedings against the defendant to return him to the custody of
16  said Warden, Sheriff or Jailor.

17

18  DATED: _____June 9, 2010_____     ANDRE BIROTTE JR.
                                          United States Attorney
19                                        CHRISTINE C. EWELL
                                          Assistant United States Attorney
20                                        Chief, Criminal Division

21
                                          *Christopher K. Pelham/*
22                                        CHRISTOPHER K. PELHAM   /src
                                          Assistant United States Attorney

23

24

25

26

27

28